UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK BARRIOS, et al.,<br><br>    Defendants. | Case No. 14-cv-01175-WHO<br><br>**ORDER OF TRANSFER** |

    Plaintiff's claims arise from events which occurred in Ventura County, which lies in the Central District of California.  This federal civil rights action is TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** March 18, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FRANCIS FISHER,

        Plaintiff,

 v.

RICK BARRIOS et al,

        Defendant.
_____/

Case Number: CV14-01175 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Francis Fisher F85263
Pelican Bay State Prison
P.O. Box 7500 B-2-104
Crescent City, CA 95532-7000

Dated: March 18, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk